# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>               Plaintiff,<br><br>           v.<br><br><br><br>Irineo DOLORES De Jesus,<br><br><br><br>               Defendant. | Magistrate Docket No. **26MJ00024**<br><br>COMPLAINT FOR VIOLATION OF:<br>Title 8, U.S.C. § 1326 Attempted Entry After Deportation |

The undersigned complainant, being duly sworn, states:

On or about December 31, 2025, within the Southern District of California, defendant, Irineo DOLORES De Jesus, an alien, who previously had been excluded, deported and removed from the United States, attempted to enter the United States with the purpose, i.e. conscious desire, to enter the United States at or near Tecate, California, without the Attorney General or her designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached probable cause statement, which is incorporated herein by reference.

                                          SIGNATURE OF COMPLAINANT
                                          CARLOS L. GLOVER II
                                          Border Patrol Agent

SWORN AND ATTESTED TO UNDER OATH BY TELEPHONE, IN ACCORDANCE WITH FEDERAL RULE OF CRIMINAL PROCEDURE 4.1, ON DECEMBER 31, 2025.

                                          HON. STEVE B. CHU
                                          United States Magistrate Judge

**CONTINUATION OF COMPLAINT:**
**Irineo DOLORES DE JESUS,**

## PROBABLE CAUSE STATEMENT

On December 31, 2025, Border Patrol Agent C. Gallegos was assigned line watch duties in the Brown Field Station's area of responsibility. He was in rough duty uniform with all patches and insignia visible.

At 11:00 pm, an infrared scope operator notified agents of a single subject walking eastbound in an area known as "The Pepper Tree". Agent Gallegos responded to the area and was guided by the scope operator to the last known location of where the subject was seen. Agent Gallegos soon encountered a single subject hiding in between two bushes. Agent Gallegos identified himself as a Border Patrol Agent and began an immigration inspection. He determined that the subject, identified as defendant Irineo DOLORES De Jesus, was a citizen of Mexico without immigration documents allowing him to enter or remain in the United States legally. At 11:10 pm, DOLORES was placed under arrest. This area is approximately 650 meters north of the international border between the United States and Mexico, and 470 meters miles west of the Tecate, California Port of Entry.

Routine record checks of the defendant revealed an immigration history. The defendant's record was determined by a comparison of his immigration record and the defendant's current fingerprints. Official immigration records of the Department of Homeland Security revealed the defendant is not a citizen or lawfully admitted resident of the United States and was previously deported to Mexico on September 17, 2025 through the San Diego, California Airport. These same records show that the defendant has not applied for permission from the Attorney General of the United States or her designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.